UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DANNY RIVERA

                      Plaintiff,

    vs.                                      9:10-CV-1500 (NAM/CFH)

C.O. P. DIANARDO

                      Defendant.

APPEARANCES:                                   OF COUNSEL:

Danny Rivera
10-A-2897
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13021
Plaintiff Pro se

Hon. Eric T. Schneiderman                     David L. Cochran, Esq.
Attorney General for the  Assistant Attorney General
State of New York
The Capitol
Albany, New York 12224-0341
Attorney for Defendant

**Norman A. Mordue, U.S. District Court Judge**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel duly filed on the 16th day of April 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 27) is granted, and this entire action is dismissed with prejudice.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: May 13, 2013
Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge